# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Federal Deposit Insurance Corporation as Receiver for IndyMac Federal Bank, FSB,** § § § § <br><br>**Plaintiff,** § § <br>vs. § § <br>**Ticor Title Insurance Company; AmeriPoint Title Houston, LLC; Raul Ramos; Boehck Mortgage Company; Michael A. Moten; Charles R. Davis, Sr.; James B. Banks; B Interests, Inc. d/b/a First Houston Appraisal; Denise G. Bradford; Telron C. Bradford; Kelli L. Zintgraff a/k/a Kelli L. Aikin; Ryan E. Zintgraff a/ka Ryan E. Aikin; Stephen Bowen; Diane C. Fitzpatrick d/b/a Fitzpatrick & Associates and DC Consultants Builders, Inc.; Ron Wilson a/k/a Ronnie Wilson; Tina Wilson; Curley Johnson; and Michael Levitin,** § § § § § § § § § § § § § § <br><br>**Defendants.** § § | CIVIL NO. _____ |

## INDEX OF MATTERS BEING FILED

| A. | All pleadings asserting causes of action, including a copy of all executed process in the case, pleadings, and orders signed by the state judge |
|---|---|
| B. | State Court Civil Docket Sheet |
| C. | List of All Counsel of Record |
| D.. | Certificate of Interested Parties |
| E. | Civil Cover Sheet |