

# LOREN JACKSON

District Clerk
Houston, Texas 77002

ROBERT T MOWREY
2200 ROSS AVE 2200
DALLAS TX 75201

CASE 200708040 CRT 333 BE ADVISED ON 03/13/2009 THE FOLLOWING ACTIVITY OCCURRED.
INDYMAC BANK FSB  VS.  TICOR TITLE INSURANCE COMPANY (CALIFORNI
ORDER SIGNED GRANTING CONTINUANCE

CASE 200708040 CRT 333 BE ADVISED ON 03/13/2009 THE FOLLOWING ACTIVITY OCCURRED.
INDYMAC BANK FSB  VS.  TICOR TITLE INSURANCE COMPANY (CALIFORNI
LETTER ROGATORY ISSUED

JLHDC