# Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Federal Deposit Insurance Corporation as Receiver for IndyMac Federal Bank, FSB,** § § § § **Plaintiff,** § § vs. § § § **Ticor Title Insurance Company; AmeriPoint Title Houston, LLC; Raul Ramos; Boehck Mortgage Company; Michael A. Moten; Charles R. Davis, Sr.; James B. Banks; B Interests, Inc. d/b/a First Houston Appraisal; Denise G. Bradford; Telron C. Bradford; Kelli L. Zintgraff a/k/a Kelli L. Aikin; Ryan E. Zintgraff a/ka Ryan E. Aikin; Stephen Bowen; Diane C. Fitzpatrick d/b/a Fitzpatrick & Associates and DC Consultants Builders, Inc.; Ron Wilson a/k/a Ronnie Wilson; Tina Wilson; Curley Johnson; and Michael Levitin,** § § § § § § § § § § § § § **Defendants.** § | CIVIL NO. _____ |

## CERTIFICATE OF INTERESTED PERSONS

COMES NOW Plaintiff the Federal Deposit Insurance Corporation as Receiver for IndyMac Federal Bank, FSB and files its Certificate of Interested Parties as follows:

| | **Interested Party** | **Interest in Suit** |
|---|---|---|
| 1. | The Federal Deposit Insurance Corporation as Receiver for IndyMac Federal Bank, FSB | **Plaintiff** |
| 2. | IndyMac Federal Bank FSB | **Plaintiff, in Receivership** |
| 3. | Ticor Title Insurance Company | **Defendant** |

| | | |
|---|---|---|
| 4. | AmeriPoint Title Houston, LLC | **Defendant** |
| 5. | Raul Ramos | **Defendant** |
| 6. | Boehck Mortgage Company | **Defendant** |
| 7. | Michael A. Moten | **Defendant** |
| 8. | Charles R. Davis, Sr. | **Defendant** |
| 9. | James B. Banks | **Defendant** |
| 10. | B Interests, Inc. d/b/a First Houston Appraisal | **Defendant** |
| 11. | Denise G. Bradford | **Defendant** |
| 12. | Telron C. Bradford | **Defendant** |
| 13. | Ron Wilson a/k/a Ronnie Wilson | **Defendant** |
| 14. | Tina Wilson | **Defendant** |
| 15. | Diane C. Fitzpatrick d/b/a Fitzpatrick & Associates and DC Consultants Builders, Inc. | **Defendant** |
| 16. | Stephen Bowen | **Defendant** |
| 17. | Curley Johnson | **Defendant** |
| 18. | Michael Levitin | **Defendant** |

Respectfully submitted,

/s/ Robert T. Mowrey
**Robert T. Mowrey**
State Bar No. 14607500
Southern District Bar No. 9529
*Attorney-in-Charge*

**LOCKE LORD BISSELL & LIDDELL LLP**
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
(214) 740-8000 (Telephone)
(214) 740-8800 (Telecopy)

**ATTORNEYS FOR THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INDYMAC FEDERAL BANK, FSB**

**OF COUNSEL:**

LOCKE LORD BISSELL & LIDDELL LLP
**Jason L. Sanders**
State Bar No. 24037428
Southern District Bar No. 597751
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
(214) 740-8000 (Telephone)
(214) 740-8800 (Telecopy)

**Derrick B. Carson**
State Bar No. 24001847
Southern District Bar No. 21785
600 Travis, Suite 3400
Houston, Texas 77002
(713) 226-1200 (Telephone)
(713) 223-3717 (Telecopy)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on the following counsel of record pursuant to the Federal Rules of Civil Procedure on this 8th day of May, 2009:

Thomas C. Godbold
Carter Dugan
Fulbright & Jaworski LLP
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
***Counsel for Ticor Title Insurance Co.***

Eric Scott Lipper
Melissa Nicholson Sternfels
Hirsch & Westheimer, P.C.
700 Louisiana, 25th Floor
Houston, Texas 77002-2728
***Counsel for AmeriPoint Title Houston, L.L.C. and Raul Ramos***

Christopher M. Pham
Christopher M. Pham Law Group, PLLC
11720 W. Airport Blvd., Suite 800
Stafford, Texas 77477
***Counsel for Boehck Mortgage Company***

Samuel C. Beale
5821 Southwest Freeway, #416
Houston, Texas 77057
***Counsel for Curley Johnson***

Daniel B. Nelson
Law Offices of Daniel B. Nelson
Arena Tower I
7322 SW Freeway, Suite 2020
Houston, Texas 77074
***Counsel for Charles R. Davis, Sr.***

Paul I. Aronowitz &
Carla G. Lujan
510 Bering Dr., Suite 300
Houston, Texas 77057
***Counsel for James B. Bank & B Interests, Inc. d/b/a First Houston Appraisal***

Allan Goldstein
Morris, Lendais, Hollrah & Snowden
1980 Post Oak Blvd., Suite 700
Houston, Texas 77056
***Counsel for the Aikin Defendants***

Michael Levitin
16902 Skinner Ct.
Cypress, Texas 77429-1630
*Pro Se*

/s/ Robert T. Mowrey
Robert T. Mowrey